IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00013-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. BALDEMAR EDUARDO ORTIZ DE LA FUENTE,
4. ALFONSO ALEXIS MACIAS-ITURRALDE, and
5. MARIO ERNESTO MEJIA-MELGAR,

    Defendants.

## ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT AND CONTINUE TRIAL DATES

This matter is before the Court on Defendant Mejia-Melgar's Second Unopposed Motion for Ends of Justice Continuance (Doc. #106). The Court notes that neither Defendant Macias-Iturralde nor Defendant Ortiz De La Fuente object to the continuance. The Court has reviewed this Motion and Defendant Mejia-Melgar's First Unopposed Motion for Ends of Justice Continuance (Doc. #104), the case file, and the reasons set forth in the motion, specifically:

    1. Defense counsel needs additional time for effective preparation of the case.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendants in a speedy trial. It is, therefore,

ORDERED that Defendant Mejia-Melgar's Second Unopposed Motion for Ends of Justice Continuance (Doc. #106) is GRANTED as to Defendants Mejia-Melgar, Macias-Iturralde and Ortiz De La Fuente and the Court hereby grants an ends of justice continuance in this case of <u>60 days, which shall be excluded from the earliest speedy trial clock of the Defendants, which currently stands at **August 19, 2020**</u>.  It is

ORDERED that pretrial motions are due by **September 8, 2020**.  Responses due by **September 22, 2020**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendants and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **July 30, 2020**, VACATED and RESET to **October 6, 2020, at 3:00 PM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **August 10, 2020, 2018** is VACATED and RESET to **October 19, 2020, at 8:30 AM**.

DATED:  June 30, 2020

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge