IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 20-cr-00013-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ALFONSO ALEXIS MACIAS-ITURRALDE, and
5. MARIO ERNESTO MEJIA-MELGAR,

    Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant Macia-Iturralde's Unopposed Motion to Exclude 60 Days from the Speedy Trial Act Computation (Doc. #137). The Court notes that Defendant Mejia-Melgar does not object to the continuance. The Court has reviewed the case file and the reasons set forth in the motion, specifically:

1. General Order 2020-18 has postponed all jury trials through January 1, 2021.

2. Due to coronavirus restrictions in the jails, counsel's jail visits and communications with defendant are nearly impossible since face-to-face meetings have been suspended or impractical depending on the level of outbreak at a facility. These factors remain a consistent hinderance to proper preparation of the case at this time.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendants in a speedy trial.  It is, therefore,

ORDERED that Defendant Macia-Iturralde's Unopposed Motion to Exclude 60 Days from the Speedy Trial Act Computation (Doc. #137) is  GRANTED and the Court hereby grants an ends of justice continuance in this case as to Defendants Macias-Iturralde and Mejia-Melgar of 60 days, which shall be excluded from the earliest speedy trial clock of the Defendants, which currently stands at **December 21, 2020**.  It is

ORDERED that pretrial motions are due by **December 28, 2020**.  Responses due by **January 11, 2020**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendants and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **December 1, 2020**, is VACATED and RESET to **January 27, 2021 at 4:00 PM**. It is

FURTHER ORDERED **that five-day** jury trial set to begin on **December 15, 2020**, is VACATED and RESET to **February 8, 2021, at 8:30 AM**.

DATED:  November 2, 2020, 2020

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge